# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:18-cr-038 |
| Melinda Rose White Mountain, | ) | |
| | ) | |
| Defendant. | ) | |

On September 3, 2019, the court issued an order releasing defendant so that she could participate in an inpatient treatment program at Prairie St. John's in Fargo, North Dakota. The order further provided that, upon discharge from the treatment program, defendant was to immediately report to the United States's Marshal's office in Fargo with the understanding that she would be detained pending further order of the court.

On September 24, 2019, the supervising Pretrial Services Officer submitted a Petition for Action on Conditions of Release alleging that defendant had failed to report to the Marshal's office following her discharge from treatment on September 20, 2019. The court signed the petition and directed that a warrant be issued.

On September 26, 2019, the Marshal's office contacted the court to advise that defendant had reported to its Bismarck office and was now in custody. Accordingly, the warrant for defendant is **QUASHED** and the Petition for Action on Conditions of Release (Doc. No. 353) is deemed **MOOT**. Defendant shall remain in custody pending further order of the court.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court